ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
Arizona State Bar No. 011796
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

**FILED**
2018 FEB 21 PM 3: 15
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Robert Francis Krebs, <br><br> Defendant. | <u>INDICTMENT</u> <br><br> Violation: <br><br> VICTIM CASE <br><br> 18 U.S.C. §§ 2113(a) & (d) <br><br> (Armed Bank Robbery) <br><br> CR18- 263TUC JGZ(JR) |

**THE GRAND JURY CHARGES:**

On or about January 12, 2018, at or near Tucson, in the District of Arizona, ROBERT FRANCIS KREBS, by force and violence, and by intimidation, did take from the person or presence of bank tellers, A. M. and K. S. A., and obtained at, Pyramid Federal Credit Union located at 4491 North Oracle Road, Tucson, Arizona, money, approximately $8,384.84, belonging to and in the care, custody, control, management, and possession of said Pyramid Federal Credit Union, whose deposits which were then insured by the National Credit Union Administration, and did so by assaulting any person, and putting in

///
///
///

jeopardy the life of any person by the use of a dangerous weapon or device, that is, a black handgun/BB gun; all in violation of Title 18, United States Code, Sections 2113(a) and (d).

A TRUE BILL

/S/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

_____
Assistant U.S. Attorney

FEB 2 1 2018

REDACTED FOR
PUBLIC DISCLOSURE