IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Robert Francis Krebs,<br><br>　　　　　　　Defendant. | CR18-00263-TUC-JGZ(JR)<br><br>ORDER FOR COMPETENCY EXAMINATION<br><br>(Pursuant to: 18 U.S.C. § 4241(a))<br><br>(Defendant in Custody) |

Defendant having filed a Motion for Competency Examination [Doc. #27], and a hearing was held on July 31, 2018. Pursuant to 18 U.S.C. § 4241(a) and reasonable cause appearing,

**IT IS ORDERED:**

1. The Defendant, Robert Francis Krebs, be evaluated by a licensed or certified psychiatrist to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Dr. Bradley R. Johnson is appointed to conduct the evaluation.

3. **The United States Marshal Service,** within a period **not to exceed four (4) weeks from the date of this Order**, shall arrange for an appointment and transport the defendant for consultation to:

///

The Office of Dr. Bradley R. Johnson
6812 N. Oracle Road, Suite 114
Tucson, Arizona 85704
520-297-9878 / fax 520-297-2242

4. **Dr. Bradley shall:**

(a) Within a period **not to exceed two (2) weeks from the date of the scheduled appointment**, submit a written evaluation pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), by both U.S. Mail <u>and</u> email (or fax) to:

・ ORIGINAL Report via U.S. Mail to
U.S. District Court
Chambers of U.S. Magistrate Judge Jacqueline M. Rateau
405 W. Congress Street, Suite 6650
Tucson, Arizona 85701.

・ COPY of Report
via email rateau_chambers@azd.uscourts.gov
   or
facsimile 520-205-4649

(b) Not exceed $2,500.00 for the total costs of services, including allowable expenses, without further order of the Court, as the Court finds the cost guidelines in 18 U.S.C. § 3006A(e)(3) are reasonable for this examination. Payment of services exceeding this amount will require prior approval by the U.S. District Court Judge assigned to this case.

(c) Fax or mail the invoice, a copy of the requesting Motion, and this signed Order to the address listed below in order to receive payment:

United States Attorney's Office
Attn: Finance/Budget Department
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix  AZ  85004-4408
Telephone:   602-514-7500
*via facsimile*: 602-514-7662

Pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11., the U.S. Department of Justice shall pay the costs of the evaluation.

/ / /

/ / /

/ / /

5. **Defense counsel shall:**

    a. Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

    b. Maintain contact with both the psychologist or psychiatrist, and the U.S. Marshal Service, to ensure that the defendant's appointment has been scheduled within the time period indicated in this Order.

6. **The government shall:**

    a. Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in the government's possession. The government is authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant. Any disclosed PSR shall be used solely for the purpose of this examination.

    b. Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11.

7. All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to commence on July 31, 2018, and end upon the Court's determination that the defendant is competent. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

8. **This matter is set for a status conference on September 28, 2018, at 9:00 AM before Magistrate Judge Rateau.**

9. **Both parties** shall, by September 21, 2018, inform U.S. Magistrate Judge Rateau via email or telephone, if they have not yet received the medical report.

/ / /

/ / /

/ / /

10. The Clerk of the U.S. District Court shall furnish a copy of this Order to the U.S. Marshal Service forthwith.

Dated this 31st day of July, 2018.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge