8/15/18
C 1630



FILED ___ LODGED
RECEIVED ___ COPY
AUG 16 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-00263-TUC-JGZ(JR) |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR COMPETENCY EXAMINATION |
| Robert Francis Krebs, #86805-408 | (Pursuant to: 18 U.S.C. § 4241(a)) |
| Defendant. | (Defendant in Custody) |

Defendant having filed a Motion for Competency Examination [Doc. #27], and a hearing was held on July 31, 2018. Pursuant to 18 U.S.C. § 4241(a) and reasonable cause appearing,

**IT IS ORDERED:**

1. The Defendant, Robert Francis Krebs, be evaluated by a licensed or certified psychiatrist to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Dr. Bradley R. Johnson is appointed to conduct the evaluation.

3. **The United States Marshal Service, within a period not to exceed four (4) weeks from the date of this Order,** shall arrange for an appointment and transport the defendant for consultation to:

///

The Office of Dr. Bradley R. Johnson
6812 N. Oracle Road, Suite 114
Tucson, Arizona 85704
520-297-9878 / fax 520-297-2242

4. **Dr. Bradley shall:**

(a) Within a period **not to exceed two (2) weeks from the date of the scheduled appointment**, submit a written evaluation pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), by both U.S. Mail <u>and</u> email (or fax) to:

- ORIGINAL Report via U.S. Mail to
U.S. District Court
Chambers of U.S. Magistrate Judge Jacqueline M. Rateau
405 W. Congress Street, Suite 6650
Tucson, Arizona 85701.

- COPY of Report
via email rateau_chambers@azd.uscourts.gov
or
facsimile 520-205-4649

(b) Not exceed $2,500.00 for the total costs of services, including allowable expenses, without further order of the Court, as the Court finds the cost guidelines in 18 U.S.C. § 3006A(e)(3) are reasonable for this examination. Payment of services exceeding this amount will require prior approval by the U.S. District Court Judge assigned to this case.

(c) Fax or mail the invoice, a copy of the requesting Motion, and this signed Order to the address listed below in order to receive payment:

United States Attorney's Office
Attn: Finance/Budget Department
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix AZ 85004-4408
Telephone:  602-514-7500
*via facsimile*: 602-514-7662

Pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter III, Section 3.11., the U.S. Department of Justice shall pay the costs of the evaluation.

///

///

///

5. **Defense counsel shall:**

   a. Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

   b. Maintain contact with both the psychologist or psychiatrist, and the U.S. Marshal Service, to ensure that the defendant's appointment has been scheduled within the time period indicated in this Order.

6. **The government shall:**

   a. Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in the government's possession. The government is authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant. Any disclosed PSR shall be used solely for the purpose of this examination.

   b. Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter III, Section 3.11.

7. All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to commence on July 31, 2018, and end upon the Court's determination that the defendant is competent. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

8. **This matter is set for a status conference on September 28, 2018, at 9:00 AM before Magistrate Judge Rateau.**

9. Both parties shall, by September 21, 2018, inform U.S. Magistrate Judge Rateau via email or telephone, if they have not yet received the medical report.

///

///

///

10. The Clerk of the U.S. District Court shall furnish a copy of this Order to the U.S. Marshal Service forthwith.

Dated this 31st day of July, 2018.

*Jacqueline M. Rateau*

Honorable Jacqueline M. Rateau
United States Magistrate Judge



# OFFSITE TRANSPORTATION INFORMATION AND REQUEST FORM

| | | | |
|---|---|---|---|
| **To:** | Dr. Johnson | **Date:** | 08/15/18 |
| **Address:** | 6812 North Oracle Road Suite 114 | **Time:** | 1630P |
| | Tucson, AZ 85704 | **Check in by:** | 1630P (430) |
| **Phone:** | 520-297-9878    fax- 520-297-2242 | | |
| **Name:** | KREBS, ROBERT    **Number:** 86805408 | **DOB:** | ▮▮▮ |

is scheduled to see _____Dr. Johnson_____ for the purpose of a psychiatric evaluation.

**Please do not bring any paperwork on this inmate other than this form back to the facility.**

---

All correspondence to be mailed to:
CADC
P.O. Box 1048
Florence, AZ 85132

---

**Required signature:**

1. CCA/CADC Medical Staff:   Adam Kinkead, LPN/consults
2. Facility Administration    Kristyn Jaramillo  Health Services Administrator
3. Transported by: _____  Time: _____  Date: _____
4. Returned by: _____  Time: _____  Date: _____
5. Received Transport Form: _____

**Comments:**
_____
_____
_____



**CENTRAL ARIZONA FLORENCE CORRECTIONAL CENTER**

TO: NATHAN PERSONETT, SDUSM

FROM: ADAM KINKEAD, LPN/CONSULTS

CC: KRISTYN JARAMILLO, HEALTH SERVICES ADMINISTRATOR

DATE: 8-16-2018

RE: Krebs, Robert #86805408


This is to inform you that the above inmate was transported on 8/15/2018 to Dr. Johnson for Psychological Evaluation as per court order dated 7/31/2018.

I have partially/fully executed the within Court order by receiving the body of Robert Krebs on 7/31/18 at CAFCC and delivering him to Dr. Johnson on 8/15/18

U.S. MARSHAL
By _____ Personett
Deputy