**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Jacqueline M. Rateau | **Date:** September 13, 2018 |
| **USA v. Robert Francis Krebs** | **Case Number:** CR-18-00263-001-TUC-JGZ (JR) |

**Assistant U.S. Attorney:** Raquel Arellano and Christine Melton
**Attorney for Defendant:** Jorge Leonardo Costales, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☒ Custody    Restraint Level 0

**STATUS CONFERENCE re Determination of Mental Competency:**

Discussion held regarding the reports issued by Dr. Menchola and Dr. Johnson.
The parties agree that an additional evaluation is needed in a medical facility where the defendant can be evaluated over a period of time.
So ordered. Formal order to issue.
This matter is set for Status Conference on 1/23/2019 at 10:00 AM before this Court.

**Recorded By** Courtsmart
**Deputy Clerk** Amanda Smith

**Status Conference:**
**12 min**

**Start: 10:58 AM**
**Stop: 11:10 AM**