**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Jacqueline M. Rateau | **Date:** March 21, 2019 |
| **USA v. Robert Francis Krebs** | **Case Number:** CR-18-00263-001-TUC-JGZ (JR) |

**Assistant U.S. Attorney:**  Raquel Arellano
**Attorney for Defendant:**   Jorge Leonardo Costales, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**         ☒ Not Present  ☒ Custody

**STATUS CONFERENCE Re Determination of Mental Competency:**
The Court confirms that all parties have received the report by Dr. Cochrane.
Based on the report, the Government would like the Court to enter an order of competency and move forward with a trial date and plea deadline.
Defense counsel has concern with the report and requests a hearing with Dr. Cochran present.
The Court makes a preliminary finding of competency. (Formal order to issue.) The stay will remain in place until further order of the Court.
Said finding will be revisited upon Defendant's return to the District of Arizona.
A formal order to transport Defendant back to this District shall issue.
The Court sets a Status Conference for 5/7/2019 at 10:00 AM.
Dr. Cochrane may appear via video conference.

| | |
|---|---|
| **Recorded By** Courtsmart | **Status Conference**  07 min |
| **Deputy Clerk** Amanda Smith | |
| | **Start:  3:12 PM** |
| | **Stop:   3:19 PM** |