IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br>　vs.<br>Robert Francis Krebs,<br>　　　　　　　Defendant. | CR18-00263-TUC-JGZ(JR)<br><br>**PRELIMINARY ORDER**<br>(Pursuant to: 18 U.S.C. § 4241(a))<br><br>(Defendant in Custody) |

　　　Defendant has been evaluated by local professionals, Marisa Menchola, Ph.D. as well as Bradley Johnson, M.D. He has also been evaluated at FMC Butner, North Carolina by Robert Cochrane, Psy.D.

　　　In her report dated July 12, 2018, Dr. Menchola concluded that the Defendant was not competent to stand trial due to a major neurocognitive disorder (dementia). She further opined that the Defendant was not restorable to competence.

　　　In Dr. Johnson's report dated September 3, 2018, he concluded that the Defendant was competent to stand trial and that the Defendant's presentation was more likely consistent with malingering.

　　　In Dr. Cochrane's report dated March 11, 2019, he concluded that there was no convincing evidence that the Defendant suffers from a mental disorder that would render him mentally incompetent. He also found that the Defendant was malingering and noted that his personal and criminal history was more consistent with a finding of antisocial personality disorder.

1    A hearing was conducted on March 21, 2019.  Defendant was not present.  The
2 Government agreed with the findings of Dr. Cochrane but Defense Counsel did not.
3    In order to facilitate the transfer of the Defendant back to the District of Arizona,
4 the Court preliminarily found that the Defendant was competent to proceed and should be
5 transported back to Tucson, Arizona.  A further hearing will be scheduled with the
6 Defendant present.  Dr. Cochrane may appear via videoconference. At the conclusion of
7 the hearing, the Court will determine whether a final order of competency should be entered
8 and whether the case should be set for trial.
9    Accordingly,
10   **IT IS HEREBY ORDERED** that a Status Conference is scheduled for **Tuesday,**
11 **May 7, 2019, at 10:00 a.m. (mountain standard time)** before this Court;
12   **IT IS FURTHER ORDERED** that Dr. Cochrane may appear via video conference;
13   **IT IS FURTHER ORDERED** that in the event the above date is not acceptable to
14 Dr. Cochrane, he may contact the Court (at 520-205-4640) and reschedule.
15   Dated this 22nd day of March, 2019.

*[signature]*
Honorable Jacqueline M. Rateau
United States Magistrate Judge