**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge: Jacqueline M. Rateau** | **Date:** May 7, 2019 |
| **USA v. Robert Francis Krebs** | **Case Number:** CR-18-00263-001-TUC-JGZ (JR) |

**Assistant U.S. Attorney:** Raquel Arellano
**Attorney for Defendant:** Jorge Leonardo Costales and Gregory Berger, Assistant Federal Public Defenders
**Interpreter:** N/A
**Defendant:**   ☒ Present        ☒ Custody

**STATUS HEARING re Competency:**
The Government calls their first witness Dr. Robert Cochrane. Dr. Cochrane appears telephonically with no objection from the parties as he in in North Carolina. Mr. Cochrane is sworn and examination begun.
Government's exhibits 1, 2, 3, 5, and 6 are admitted without objection.
Government's exhibits 4 and 7 are admitted over the objection of the defense.
This matter is continued to May 24, 2019 at 10:00 AM, at which time the witness states he is available.
The Court will maintain the exhibits.

**Recorded By** Courtsmart
**Deputy Clerk** Amanda Smith

**Status Hearing:**
**2 hrs 5 min**

**Start:  10:11 AM**
**Stop:   12:07 PM**
**Start:  12:20 PM**
**Stop:   12:27 PM**