| | |
|---|---|
| **U.S. Magistrate Judge: Jacqueline M. Rateau** | **Date:** May 24, 2019 |
| **USA v. Robert Francis Krebs** | **Case Number:** CR-18-00263-001-TUC-JGZ (JR) |

**Assistant U.S. Attorney:** Raquel Arellano
**Attorney for Defendant:** Jorge Leonardo Costales and Gregory Berger, Assistant Federal Public Defenders
**Interpreter:** N/A
**Defendant:** ☒ Present    ☒ Custody

**STATUS HEARING re Competency (continued from 5/7/2019):**
Examination of the Government's witness, Dr. Cochrane, is continued and completed.
Defendant declines the opportunity to testify.
Recess held 10:59 AM to 11:30 AM.
Government's exhibit # 8 is admitted over the objection of the defense.
Exhibit #7 (Krebs Video Interview @ FBI Office on 1/28/2018) played in open court.
The Court orders a one week transcript.
The parties shall submit briefings to the Court, no more than 15 pages in length, by no later than 12:00 PM on 6/7/2019.
Summations will be heard on 6/10/2019 at 2:00 PM.
The Court will maintain the exhibits.

| | |
|---|---|
| **Recorded By** Courtsmart | **Status Hearing:** |
| **Deputy Clerk** Amanda Smith | **1hr 45 min** |
| | **Start: 10:02 AM** |
| | **Stop: 12:16 PM** |