# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

MAY 24 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America,
PLAINTIFF,

vs.

Robert Francis Krebs,
DEFENDANT.

CR 18-00263-TUC-JGZ-JR

## WITNESS LIST

| PRESIDING JUDGE<br>JACQUELINE RATEAU | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING DATE(S)<br>May 7, 2019, May 24, 2019 | PLAINTIFF ATTORNEY(S)<br>RAQUEL ARELLANO<br>CHRISTINE MELTON | DEFENDANT ATTORNEY(S)<br>GREGORY BERGER<br>JORGE COSTALES |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 5/7/19 | 5/7/19 | Dr. Robert Cochrane |  |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |