# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



United States of America,
PLAINTIFF,

vs.

Robert Francis Krebs,
DEFENDANT.

CR 18-00263-TUC-JGZ-JR

# EXHIBIT LIST

| PRESIDING JUDGE JACQUELINE RATEAU | | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|---|
| HEARING DATE(S) May 7, 2019, May 24, 2019 | | PLAINTIFF ATTORNEY(S) RAQUEL ARELLANO CHRISTINE MELTON | DEFENDANT ATTORNEY(S) GREGORY BERGER JORGE COSTALES |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | 5/7/19 | Robert Cochrane, Psy.D., ABPP Curriculum Vita |
| 2 | | 5/7/19 | Dr. Cochrane's Forensic Evaluation, dated 3/6/19 |
| 3 | | 5/7/19 | Certification of Restoration of Competency, dated 3/11/19 |
| 4 | | 5/7/19 | Krebs' note to Doctor |
| 5 | | 5/7/19 | Dr. Menchola's Neuropsychological Evaluation of Competency Report, dated 7/12/18 |
| 6 | | 5/7/19 | Dr. Johnson's Competency to Stand Trial Evaluation, dated 9/3/18 |
| 7 | | 5/7/19 | DVD of Krebs Video Interview @ FBI Office on 1/23/2018 |
| 8 | | 5/24/19 | Redacted Transcript of taped statement ref ex. #7 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |