**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Jacqueline M. Rateau | **Date:** June 10, 2019 |
| **USA v. Robert Francis Krebs** | **Case Number:** CR-18-00263-001-TUC-JGZ (JR) |

**Assistant U.S. Attorney:** Raquel Arellano
**Attorney for Defendant:** Jorge Leonardo Costales and Gregory Berger, Assistant Federal Public Defenders
**Interpreter:** N/A
**Defendant:**   ☒ Present        ☒ Custody

**STATUS HEARING re Competency (continued from 5/7/2019, 5/24/2019):**
This is the time set for summations, however, the Court is advised of Defendant's desire to testify.
The Court grants the request.
The Government is permitted to provide rebuttal testimony, if necessary.
Defendant, Robert Francis Krebs, is placed under oath, examined and cross examined.
Closing arguments heard.
The Court takes this matter Under Advisement.
A report and recommendation shall issue.

| | |
|---|---|
| **Recorded By** Courtsmart | **Status Conf.:** |
| **Deputy Clerk** Amanda Smith | **1 hr 34 min** |
| | **Start: 2:04 PM** |
| | **Stop: 3:38 PM** |