JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar# 35721
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorney for Defendant*
*Leo_Costales@fd.org*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America,  Plaintiff,  v.  Robert Francis Krebs,  Defendant. | CR18-0263-TUC-JGZ (JR)  **OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DOC. 70** |

Robert Francis Krebs, through undersigned counsel, respectfully objects to the Magistrate Court's recommendation that Mr. Krebs be found competent to stand trial. The Defense is of the position that government has not met its burden of showing, by a preponderance of the evidence, that Mr. Krebs is competent to stand trial. The issues raised regarding Mr. Krebs' potential medical conditions are severe enough to raise doubt that he has the capacity to assist his own defense. Mr. Kreb's discussion with an FBI over a year and a half ago, *R&R* at p. 21, has little probative value as to his current state of mind given that there is a possibility he is currently suffering from a degenerative mental illness. Additionally, the Defense objects to the Court's fact-finding regarding Mr. Kreb's

statement. While Mr. Krebs' statement was long, it was also at times disjointed and confusing. *R&R* at p. 24. The Defense also objects to the Court finding that Mr. Krebs was malingering, given the absence of a necessary factor of motivation to malinger. *R&R* at p. 25. Finally, the Defense objects to the Court's fact-finding that Mr. Krebs is competent. *R&R* at p. 25.

    The Defense respectfully urges that the District Court, after conducting a de novo review of the record, find that Mr. Krebs is not competent to stand trial.

    **RESPECTFULLY SUBMITTED:** July 3, 2019

                                    JON M. SANDS
                                    Federal Public Defender

                                    */s/ J. Leonardo Costales*
                                    **J. LEONARDO COSTALES**
                                    Assistant Federal Public Defender