# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Robert Francis Krebs,<br><br>    Defendant. | No. CR-18-00263-001-TUC-JGZ (JR)<br><br>**ORDER** |

    The District Court adopted the Magistrate Judge's Report and Recommendation on August 2, 2019. (Doc. 73). The Court found Mr. Krebs competent to stand trial.

    IT IS ORDERED:

    1. The date by which the referred magistrate judge hears the change of plea must be no later than September 20, 2019 by 3:00 p.m.

    2. All motions, unless made during a hearing or trial, shall be in writing and shall be made sufficiently in advance of trial to comply with the time periods set forth in LRCiv. 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may be heard before a magistrate judge and a Report and Recommendation will be provided to the district judge assigned to the case.

    3. This matter is **RESET** for trial on October 8, 2019 at 9:30 a.m. Counsel are to be present at 9:00 a.m.

    4. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on August 1, 2019 and end on October 8, 2019. Such time shall be in addition to other

excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6. Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., September 24, 2019. Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case and counsel are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.

Dated this 5th day of August, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge