MICHAEL BAILEY
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
AZ State Bar No.: 011796
CHRISTINE A. MELTON
Assistant United States Attorney
AZ State Bar No.: 021649
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
raquel.arellano@usdoj.gov
christine.melton@usdoj.gov
Telephone: (520) 620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   vs.<br><br>Robert Francis Krebs,<br><br>   Defendant. | CR 18-00263-TUC-JGZ (JR)<br><br>NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |

Plaintiff, United States of America, by and through its attorneys undersigned, gives notice pursuant to Local Rule 16.1, that all confessions, admissions and statements provided in government disclosure may be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir.1984).

Respectfully submitted this 28th day of August, 2019.

>MICHAEL BAILEY
>United States Attorney
>District of Arizona
>
>*s/ Raquel Arellano*
>
>RAQUEL ARELLANO
>Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 28th day of August, 2019, to:

Jorge Leonardo Costales, Esq.
Gregory Jon Berger, Esq.
Attorneys for the Defendant