JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar# 35721
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorney for Defendant*
*Leo_Costales@fd.org*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States Of America,** | **CR18-0263-TUC-JGZ (JR)** |
| **Plaintiff,** | |
| **v.** | **NOTICE OF INSANITY DEFENSE** |
| **Robert Francis Krebs,** | |
| **Defendant.** | |

Robert Francis Krebs, through undersigned counsel, respectfully notices the Court of his intent to rely on an insanity defense, pursuant to Fed. R. Crim. P. 12.2(a).

**RESPECTFULLY SUBMITTED:** August 29, 2019.

                                        JON M. SANDS
                                        Federal Public Defender

                                        */s/ J. Leonardo Costales*
                                        **J. LEONARDO COSTALES**
                                        Assistant Federal Public Defender