MICHAEL BAILEY
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
AZ State Bar No.: 011796
CHRISTINE A. MELTON
Assistant United States Attorney
AZ State Bar No.: 021649
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
raquel.arellano@usdoj.gov
christine.melton@usdoj.gov
Telephone: (520) 620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Robert Francis Krebs,<br><br>            Defendants. | CR 18-00263-TUC-JGZ (JR)<br><br>NOTICE OF GOVERNMENT'S INTENT TO USE DEFENDANT'S PRIOR FELONY CONVICTIONS FOR IMPEACHMENT PURPOSES PURSUANT TO FED. R. EVID 609 |

The United States of America, by and through its attorneys, MICHAEL BAILEY, United States Attorney for the District of Arizona, Raquel Arellano and Christine A. Melton, Assistant United States Attorneys, hereby provides notice of its intent to use the following prior felony convictions for impeachment purposes pursuant to Rule 609, Federal Rules of Evidence:

| Case number: | Conviction: | Date of Conviction: | Location: |
|---|---|---|---|
| CR 3836 | Theft of Property Valued More than $1000 | September 21, 1988 | Pima County, AZ |
| CR 06379 | Armed Robbery | September 21, 1988 | Pima County, AZ |

| E81-1086-CFA | Burglary of a Structure and Robbery with a Firearm | April 14, 1989 (re-sentencing) | Seminole County, FL |

Respectfully submitted this 27nd day of August, 2019.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        *s/ Raquel Arellano*

        RAQUEL ARELLANO
        Assistant U.S. Attorney

        *s/ Christine Melton*

        CHRISTINE MELTON
        Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 29nd day of August, 2019, to:

Jorge Leonardo Costales, Esq.
Gregory Jon Berger, Esq.
Attorneys for the Defendant