IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Robert Francis Krebs,<br><br>　　　　　Defendant. | CR 18-00263-JGZ-JR-1<br><br>ORDER TO UNSEAL<br>STATUS CONFERENCE HEARING<br>TRANSCRIPT HELD JUNE 10th, 2019<br>(Doc 68) |

　　　On motion of the United States of America (Doc. 91), and good cause having been shown:

　　　IT IS ORDERED that the clerk shall unseal the Status Conference re Competency hearing held on June 10th, 2019, for defendant Robert Francis Krebs for the purpose of releasing a copy of the transcript of the hearing to the Government. The Status Conference shall be re sealed thereafter.  All other sealing orders shall remain in effect.

　　　Dated this 20th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline M. Rateau
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge