MICHAEL BAILEY
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
AZ State Bar No.: 011796
CHRISTINE A. MELTON
Assistant United States Attorney
AZ State Bar No.: 021649
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
raquel.arellano@usdoj.gov
christine.melton@usdoj.gov
Telephone: (520) 620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-00263-TUC-JGZ (JR) |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR STATUS CONFERENCE (UNOPPOSED) |
| vs. | |
| Robert Francis Krebs, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby requests the District Court to set a status conference for the following reasons:

- On August 29, 2019, the defendant filed his Notice of Insanity Defense. (Doc. 82.)
- The government thereafter filed a Motion for Pretrial Mental Health Examination for the Determination of the Existence of Insanity at the Time of the Offense. (Doc. 88.) A status conference was held in which the defendant affirmed his intent to pursue an insanity defense. (Doc. 92.) The government's motion was granted, and the evaluation was ordered by Magistrate Judge Jacqueline Rateau on September 20, 2019. (Docs. 92, 93.)
- On October 21, 2019, defense counsel filed a Motion to Withdraw Insanity

Defense over the defendant's objection.  (Doc. 99.)

- On November 20, 2019, a status conference was held before District Court Judge Jennifer G. Zipps.  After ex-parte discussion with defendant and his counsel, the Court denied the Motion to Withdraw the Insanity Defense.  (Doc. 103.)   The Court affirmed the previously ordered psychiatric evaluation. (Id.)

- The defendant's psychiatric evaluation was scheduled to take place on December 27, 2019, with Dr. Bennet Blum in Tucson, Arizona.  On December 27, 2019, the defendant was transported to Dr. Blum's office.  At that time, he refused to participate in any evaluation, and was not interviewed.

It is the government's understanding that the defendant has not communicated any intent to withdraw the insanity defense.  The government requests that the Court set a status conference to resolve these impending issues.  Leo Costales, counsel for the defendant, has no objection to this request for a status conference.  If possible, undersigned counsel respectfully requests that the status conference not be set on a Friday.

Respectfully submitted this 9th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/ Raquel Arellano*

RAQUEL ARELLANO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 9th day of January, 2020, to:

Jorge Leonardo Costales, Esq.
Gregory Jon Berger, Esq.
Attorneys for the Defendant