MICHAEL BAILEY
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
AZ State Bar No.: 011796
CHRISTINE A. MELTON
Assistant United States Attorney
AZ State Bar No.: 021649
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
raquel.arellano@usdoj.gov
christine.melton@usdoj.gov
Telephone: (520) 620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Robert Francis Krebs,<br><br>　　　　　Defendant. | CR 18-00263-TUC-JGZ (JR)<br><br>NOTICE OF INTENT TO RELY ON EXPERT WITNESS TESTIMONY |

Pursuant to the Federal Rules of Criminal Procedure, Rule 16(a)(1)(G), the United States, by and through undersigned counsel, provides notice of its intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief, or in rebuttal, at trial.

**I.　Notice of Expert Witnesses**

**A.  Fingerprint Expert**

Absent stipulation, the government may call a fingerprint expert to testify with regard to fingerprints taken of the defendant.  The name and curriculum vitae of the expert will be disclosed in advance of trial.

**B.  Mental Health Expert**

The government may call Bennet Blum, M.D. to testify as to his findings and opinion related the defendant's Notice of Insanity. Dr. Blum is a certified psychiatrist who

was appointed by the court to evaluate the defendant's case and provide an opinion as to the defendant's sanity at the time of the crime in this case. Dr. Blum's testimony may include any and all opinions proffered in his report, as well as the basis for those opinions, which will be disclosed in advance of trial, along with his curriculum vitae.

## II.     Request for Reciprocal Disclosure

The government also requests written notice, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), of any expert witness the defendant may call at trial.

## III.    Expert Witnesses Generally

Additional lines of inquiry may be explored on redirect examination or rebuttal if the defendant opens the door. If the defense has any questions about the nature or content of the government's expert testimony, the government invites the defense to make further inquiries to the undersigned prosecutor.

Respectfully submitted this 23rd day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/ Raquel Arellano*

RAQUEL ARELLANO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 23rd day of January, 2020 to:

Jorge Leonardo Costales, Esq.
Gregory Jon Berger, Esq.
Attorneys for the Defendant