JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar# 35721
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
*Attorney for Defendant*
*Leo_Costales@fd.org*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States Of America,** | |
| **Plaintiff,** | **NO. CR-18-0263-TUC-JGZ (JR)** |
| v. | **DEFENSE'S TRIAL BRIEF** |
| **Robert Francis Krebs,** | |
| **Defendant.** | |

 Robert Francis Krebs, through undersigned counsel, respectfully submits his trial brief as ordered by the Court. *Doc. 106.*

 If permitted, *See Doc. 138*, the Defense will present the affirmative defense of insanity, arguing that he was unable to appreciate the nature and quality or the wrongfulness of his acts as a result of having a severe mental disease or defect. *See 18 U.S.C. §17(a).*

 If not permitted to present an insanity defense, the Defense will argue that the government cannot meet its burden of proving that Mr. Krebs committed the offense of bank robbery beyond a reasonable doubt.

The major evidentiary issues identified by the parties at this time have been briefed in motions in limine.

**RESPECTFULLY SUBMITTED:** February 18, 2020.

JON M. SANDS
Federal Public Defender

*/s/ J. Leonardo Costales*
**J. LEONARDO COSTALES**
Assistant Federal Public Defender