# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAR - 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLAINTIFF,

CR 18-00263-TUC-JGZ (JR)

vs.

# WITNESS LIST

Robert Francis Krebs.
DEFENDANT.

| PRESIDING JUDGE<br>Jennifer G. Zipps | COURTROOM DEPUTY<br>Selina Coronado | COURT REPORTER<br>Aaron LaDuke |
|---|---|---|
| TRIAL DATE(S)<br>March 2, 2020 @ 9:00 a.m. | PLAINTIFF ATTORNEY(S)<br>Raquel Arellano<br>Christine A. Melton | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales<br>Gregory Berger |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 3/2/2020 | 3/2/2020 | Ariella Maldonado | ✓ |
| 2 | | 3/2/2020 | 3/2 & 3/3 | Kesia Anaya | ✓ |
| 3 | | 3/3/2020 | 3/3/2020 | Camille Chrzanowski | ✓ |
| 4 | | 3/3/2020 | 3/3/2020 | Cesar Vasquez | ✓ |
| 5 | | 3/3/2020 | 3/3/2020 | Travis Johnson, Tucson Police Department | ✓ |
| 7 | | 3/3/2020 | 3/3/2020 | Mildred Guillen (formerly Mildred Smith) | ✓ |
| 8 | | 3/3/2020 | 3/3/2020 | Joseph Poulos, Tucson Police Department | ✓ |
| 9 | | 3/3/2020 | 3/3/2020 | Suzanne LeAnna | ✓ |
| 10 | | 3/3/2020 | 3/3 & 3/4 | Angel Salazar | ✓ |
| 11 | | 3/4/2020 | 3/4/2020 | Dan Davis | ✓ |
| 12 | | 3/4/2020 | 3/4/2020 | James Keefe, Federal Bureau of Investigation | ✓ |
| 13 | | | | Nathan Wood, Federal Bureau of Investigation · CA | |
| 14 | | | | Alexander Brauer, Tucson Police Department | |
| 15 | | | | Frank Landholm, Tucson Police Department | |
| 16 | | | | Jocyln Avilez, Tucson Police Department | |
| 17 | | | | James Wakeman, Tucson Police Department | |
| 18 | | | | Connor Keating, Tucson Police Department | |
| 19 | | | | Michael Dowling, Tucson Police Department | |
| 20 | | | | Meredith Aitchison, Tucson Police Department | |
| 21 | | | | Johnny Lollar, University of Arizona Police Department | |

| 22 | | | | Kathy Byers | |
| 23 | | | | Dr. Bennett Blum | |