UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
MAR - 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLAINTIFF,

vs.

Robert Francis Krebs
DEFENDANT.

CR 18-00263-TUC-JGZ (JR)

*STIPULATED*
*EXHIBIT LIST*

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Jennifer G. Zipps | Selina Coronado | Aaron LaDuke |
| TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| March 2, 2020 @ 9:00 a.m. | Raquel Arellano<br>Christine A. Melton | J. Leonardo Costales<br>Gregory Berger |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 3 | | 3/3/2020 | Tucson Police Department Fingerprint lab report, #1232-1233 |
| 4a | | 3/2/2020 | Video Recording – Surveillance of Pima Federal Credit Union (Teller A.M.) |
| 4b | | 3/2/2020 | Video Recording – Surveillance of Pima Federal Credit Union (Teller K.A.) |
| 4c | | 3/2/2020 | Video Recording – Surveillance of Pima Federal Credit Union (Man leaving Pyramid Federal Credit Union) |
| 5 | | 3/2/2020 | Audio Recording – 9-1-1 call of C.C. and K.A. |
| 6 | | 3/2/2020 | Photo – Pyramid Federal Credit Union East side of building, #1046 |
| 7 | | 3/2/2020 | Photo – Pyramid Federal Credit Union entrance, #492 |
| 9 | | 3/2/2020 | Photo – Pyramid Federal Credit Union teller counter, #501 |
| 10 | | 3/2/2020 | Photo – Pyramid Federal Credit Union teller window "Kesia", #525 |
| 11 | | 3/2/2020 | Photo – Pyramid Federal Credit Union teller window , #526 |
| 12 | | 3/2/2020 | Photo – Pyramid Federal Credit Union lobby and teller counter, #498 |
| 13 | ✓ | 3/2/2020 | Photo – Pyramid Federal Credit Union office in lobby, #496 |
| 19 | | 3/3/2020 | Audio Recording – 9-1-1 call of C.V. |
| 20 | | 3/3/2020 | Photo – Pyramid Federal Credit Union breakroom with television, #1053 |
| 21 | | 3/3/2020 | Photo – McDonalds and Pyramid Federal Credit Union, #1040 |
| 22 | | 3/3/2020 | Photo – McDonalds and Pyramid Federal Credit Union, wider angle, #1039 |
| 23 | | 3/3/2020 | Map – Aerial of Tucson Mall area, #1012 |
| 24 | | 3/2/2020 | Photo – Man entering Pyramid Federal Credit Union (vertical), #157 |

*EXHIBIT LIST CONTINUED*

| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | *pg. 2* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 25 | | 3/2/2020 | Photo – Man entering Pyramid Federal Credit Union (horizontal), #489 |
| 26 | | | Photo – Man at Pyramid Federal Credit Union teller window (horizontal), #156 |
| 27 | | 3/2/2020 | Photo – Man at Pyramid Federal Credit Union teller window (vertical), #490 |
| 37 | | 3/3/2020 | Photo – Wheelchair, #595 |
| 38 | | 3/3/2020 | Photo – Black shoulder bag on wheelchair, #565 |
| 39 | | 3/3/2020 | Photo – Brown leather bag, #543 |
| 40 | | 3/3/2020 | Photo – Gun in bag, #564 |
| 41 | | 3/3/2020 | Photo – Sport coat with evidence tag 7, #587 |
| 42 | | 3/3/2020 | Photo – Black cap, #572 |
| 43 | | | Photo – Sunglasses, #569 |
| 44 | | 3/3/2020 | Photo – Black bag (smaller) with evidence tag 2, #575 |
| 45 | | 3/3/2020 | Photo – Bedroom of Room #114, Flamingo Suites, #535 |
| 46 | | | Photo – Grey sweater, #618 |
| 53 | | 3/3/2020 | Photo – Cash (100's, 50's, 20's, 10's), #553 |
| 54 | | | Photo – Copy of bank's copy of bait bills and recovered bait bill, #599 |
| 55 | | 3/3/2020 | Photo – 2 prepaid cards with receipt, #517 |
| 56 | | 3/3/2020 | Photo – Safeway Receipt dated 1/13/18 (two $500 prepaid Visa cards), #549 |
| 62 | | 3/3/2020 | Photo – Bus stop in front of Flamingo Suites (close view), #1062 |
| 63 | | 3/3/2020 | Photo – Bus stop in front of Flamingo Suites (far view), #1063 |
| 64 | | 3/3/2020 | Photo – Flamingo Suites room door and sign #114, #529 |
| 74 | | 3/3/2020 | Video Recording – surveillance of Sears, dated 1/12/18 |
| 75a | | 3/4/2020 | Still shot captured from Sears video recorded surveillance (man entering Sears), #1260 |
| 75b | | 3/4/2020 | Still shot captured from Sears video recorded surveillance (man walking toward restroom, no wheelchair), #1257 |
| 75c | | 3/4/2020 | Still shot captured from Sears video recorded surveillance (man walking toward restroom, with wheelchair), #1261 |
| 75d | | 3/4/2020 | Still shot captured from Sears video recorded surveillance (man walking away from restroom), #1259 |
| 75e | | 3/4/2020 | Still shot captured from Sears video recorded surveillance (man pushing wheelchair), #1258 |
| 76 | | 3/4/2020 | Photo – Sears men's department entrance, #1035 |
| 77 | | 3/4/2020 | Photo – Sears restroom entrance, #1034 |

*EXHIBIT LIST CONTINUED*

| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | *pg. 3* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 78 | | 3/4/2020 | Photo – Sears tire department (West) entrance, #1033 | |
| 79 | | 3/4/2020 | Photo – Sears optical and hallway, #1032 | |
| 80 | | 3/4/2020 | Photo – Sears vestibule, #1021 | |
| 81 | | 3/4/2020 | Photo – Sears vestibule inside, #1023 | |
| 82 | | 3/4/2020 | Video Recording – surveillance of Tucson Mall, dated 1/12/18 | |
| 83 | | 3/3/2020 | Photo from Hampton Inn on 1/12/18 (wide angle), #881 | |
| 84 | | 3/3/2020 | Photo from Hampton Inn on 1/12/18 (wide angle), #882 | |
| 90 | | 3/3/2020 | Video recording of surveillance of McDonalds, dated 1/12/2018 | |