# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAR - 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLAINTIFF,

CR 18-00263-TUC-JGZ (JR)

VS.

Robert Francis Krebs
DEFENDANT.

***UNSTIPULATED EXHIBIT LIST***

| PRESIDING JUDGE<br>Jennifer G. Zipps | COURTROOM DEPUTY<br>Selina Coronado | COURT REPORTER<br>Aaron LaDuke |
|---|---|---|
| TRIAL DATE(S)<br>March 2, 2020 @ 9:00 a.m. | PLAINTIFF ATTORNEY(S)<br>Raquel Arellano<br>Christine A. Melton | DEFENDANT ATTORNEY(S)<br>J. Leonardo Costales<br>Gregory Berger |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| 1 | | 3/3/2020 | Certificate of Insurance for Pyramid Federal Credit Union dated 10/28/19, issued by National Credit Union Administration, #826 |
| 2 | | 3/3/2020 | Copy of National Credit Union Administration insurance certificate, #407 |
| 8 | | | Photo – Pyramid Federal Credit Union NCUA Insurance plaque, #1052 |
| 14 | | 3/3/2020 | Pyramid Federal Credit Union's photocopy of bait bills. #1242 |
| 15a | | 3/2/2020 | Photo array, defendant's photo #3, signed by A.M., #1249 |
| 15b | | 3/2/2020 | Photo array, defendant's photo #3 signed by K.A., #1250 |
| 15c | | 3/2/2020 | Photo array, photo # 1, #1252 |
| 15d | | 3/2/2020 | Photo array, photo # 2, #1253 |
| 15e | | 3/2/2020 | Photo array, photo # 4, #1254 |
| 15f | | 3/2/2020 | Photo array, photo # 5, #1255 |
| 15g | | 3/2/2020 | Photo array, photo # 6, #1256 |
| 16a | | | Admonition form signed by A.M., #884 |
| 16b | | | Admonition form signed by K.A., # 883 |
| 17 | | 3/2/2020 | Copy of Teller Summary Report (bank audit sheet) – AM, #405 |
| 18 | | 3/2/2020 | Copy of Teller Summary Report (bank audit sheet) – KA, #404 |
| 28 | | 3/3/2020 | Map – Aerial of Flamingo Suites, #1018 |
| 29 | | 3/3/2020 | Grey sweater from Robert Francis Krebs (day of arrest) |
| 30 | | 3/3/2020 | Maroon shirt |
| 31 | | 3/3/2020 | Black pants with white stripes (day of arrest) |
| 32 | | 3/3/2020 | Sport Coat |

*EXHIBIT LIST CONTINUED*

| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | pg. 2 |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 33 | | | Adidas shoes | |
| 34 | | 3/3/2020 | Prescription eyeglasses from Robert Francis Krebs (day of arrest) | |
| 35 | | 3/3/2020 | Sunglasses | |
| 36 | | 3/3/2020 | Black cap | |
| 47 | | 3/3/2020 | BB Gun | |
| 48 | | 3/3/2020 | Black Shoulder bag | |
| 49 | | 3/3/2020 | Black Bag (smaller) | |
| 50 | | 3/3/2020 | Brown Leather bag | |
| 51 | | | Green Spiral Notebook | |
| 52a | | 3/3/2020 | Green Spiral Notebook page, #867 | |
| 52b | | 3/3/2020 | Green Spiral Notebook page, #868 | |
| 52c | | 3/3/2020 | Green Spiral Notebook page, #835 | |
| 57 | | 3/3/2020 | Prepaid Visa Cards and Receipt | |
| 58 | | 3/3/2020 | $6224 cash | |
| 59 | | 3/3/2020 | $50 Bait Bill | |
| 60 | | 3/3/2020 | $170 cash | |
| 61 | | 3/3/2020 | $305 cash | |
| 65 | | 3/3/2020 | Photocopy – Robert Francis Krebs Florida identification card, #155 | |
| 66 | | 3/3/2020 | Diagram – Flamingo Suites, #432 | |
| 67a | | 3/3/2020 | Flamingo Suites invoice, #480 | |
| 67b | | 3/3/2020 | Flamingo Suites invoice, #482 | |
| 68 | | 3/3/2020 | Photocopy of business card "Paralegal Extraordinaire", #435 | |
| 69 | | | Photocopy – Defendant's Florida identification card, found in Robert Krebs' wallet, #1246 | |
| 70 | | 3/3/2020 | Photocopy – Defendant's Suntran/Sunshuttle pass, found in Robert Krebs' wallet, #1244 | |
| 71 | | 3/3/2020 | Photocopy – Flamingo Suites business card, found in Robert Krebs' wallet, #1243 | |
| 72 | | | Photocopy – Receipt for haircolor, found in Robert Krebs' wallet, Epire Beauty Schools, dated 1/5/18, #1245 | |
| 73 | | 3/3/2020 | Diagram – Sears at Tucson Mall, #1007 | |
| 85 | | 3/4/2020 | Advice of Rights, signed by Robert Francis Krebs on 1/23/18 | |
| 86 | | 3/4/2020 | Video Recording – 1/23/18 FBI interview of Robert Francis Krebs, redacted | |
| 86a | | | Transcript – 1/23/18 interview of Robert Krebs (redacted) (for identification), #324-265 | |

## EXHIBIT LIST CONTINUED

| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | pg. 3 |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 88 | | | Photo – Side view of Robert Francis Krebs taken at FBI on 1/23/2018, #1005 | |
| 89 | | | Photo – Front view of Robert Francis Krebs taken at FBI on 1/23/2018, #1006 | |
| 91a | | | Certified Arizona pen pack (redacted copy) (for identification), #1073-1087 | |
| 91b | | | Certified Arizona pen pack (for identification), #1073-1087 | |
| 92a | | | Certified Florida pen pack (redacted copy) (for identification), #1088-1149 | |
| 92b | | | Certified Florida pen pack (for identification), #1088-1149 | |
| 93 | | | Psychological Report of Bennett Blum, M.D. | |
| 94 | | | Recording – body camera footage of University of Arizona police, dated 12/8/17 (redacted) | |
| 95 | | | Transcript – 1/12/18 interview of A.M. (redacted) (for identification), #624-652 | |
| 96 | | | Transcript – 1/17/18 interview of A.M. (redacted) (for identification), #803-821 | |
| 97 | | | Transcript – 1/12/18 interview of K.A. (redacted) (for identification), #668-694 | |
| 98 | | | Transcript – 1/17/18 interview of K.A. (redacted) (for identification), #653-667 | |
| 99 | | | Transcript – 1/12/18 interview of C.V. (redacted) (for identification), #747-758 | |
| 100 | | | Transcript – 1/17/18 interview of Suzanne LeAnna (redacted) (for identification), #726-746 | |
| 101 | | | Transcript – 1/13/18 interview of Mildred Smith (for identification), #707-725 | |
| 102a | | | Agency Report – Travis Johnson, Tucson Police Department (for identification), #21-25 | |
| 102b | | | Agency Report – Travis Johnson, Tucson Police Department (for identification), #26-27 | |
| 102c | | | Agency Report – Travis Johnson, Tucson Police Department (for identification), #38-55 | |
| 102d | | | Agency Report – Travis Johnson, Tucson Police Department (for identification), #56-87 | |
| 103a | | | Agency Report – Joseph Poulos, Tucson Police Department (for identification), #1-8 | |
| 103b | | | Agency Report – Joseph Poulos, Tucson Police Department | |

## EXHIBIT LIST CONTINUED

| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | *pg. 4* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT |
|---|---|---|---|
| | | | (for identification), #92-93 |
| 103c | | | Agency Report – Search Warrant and Return authored by Joseph Poulos, Tucson Police Department (for identification), #94-96 |
| 104 | | | Agency Report – Jocilyn Avilez, Tucson Police Department (for identification), 32-33 |
| 105a | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #100-104 |
| 105b | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #140-141 |
| 105c | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #142-143 |
| 105d | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #144-145 |
| 105e | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #146 |
| 105f | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #147-148 |
| 105g | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #149 |
| 105h | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #150 |
| 105i | | | Agency Report – James Keefe, Federal Bureau of Investigation (for identification), #151-152 |
| 106a | | | Agency Report – Nathan Wood, Federal Bureau of Investigation (for identification), #1008 |
| 106b | | | Agency Report – Nathan Wood, Federal Bureau of Investigation (for identification), #1009 |
| 106c | | | Agency Report – Nathan Wood, Federal Bureau of Investigation (for identification), #1069 |
| 106d | | | Agency Report – Nathan Wood, Federal Bureau of Investigation (for identification), #1070-1071 |
| 106e | | | Agency Report – Nathan Wood, Federal Bureau of Investigation (for identification), #1239 |
| 107 | | | Agency Report – Johnny Lollar, University of Arizona Police Department (for identification), #108-112 |
| 108 | | | Agency Report – James Wakeman, Tucson Police Department (for identification), #475-478 |
| 109 | | | Agency Report – Michael Dowling, Tucson Police Department |

## *EXHIBIT LIST CONTINUED*

| | | | | |
|---|---|---|---|---|
| United States of America v. Robert Francis Krebs | | | CR 18-00263-TUC-JGZ(JR) | *pg. 5* |
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| | | | (for identification), #473-474 | |
| 110 | | | Agency Report – Connor Keating, Tucson Police Department (for identification), #12-14 | |
| 111 | | | Agency Report – Alexander Brauer, Tucson Police Department (for identification), #9-11 | |
| 114 | | | Transcript – 6/10/19 Hearing (redacted) (for identification), #1172-1231 | |
| 115 | | | Original Major Case Fingerprints, dated 11/7/19, #981-1000 | |
| 116 | | 3/3/2020 | Defendant's Florida identification card, found in Robert Krebs' wallet | |
| 117 | | 3/3/2020 | Defendant's Suntran/Sunshuttle pass, found in Robert Krebs' wallet | |
| 118 | | 3/3/2020 | Receipt for haircolor, found in Robert Krebs' wallet, Epire Beauty Schools, dated 1/5/18 | |
| 73a | | 3/4/2020 | Diagram – Sears at Tucson Mall, #1007 w/ Annot. | |
| 23a | | 3/4/2020 | Map – Aerial of Tucson Mall area, #1012 w/ Annot. | |