IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 18-00263-TUC-JGZ (JR) |
| Plaintiff, | |
| vs. | VERDICT |
| Robert Francis Krebs, | |
| Defendant. | |

FILED MAR -4 2020 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA

We, the Jury, in the above-entitled action, find the defendant, Robert Francis Krebs, **GUILTY** or NOT GUILTY of Armed Bank Robbery, as charged in the Indictment.

or

We, the Jury, in the above-entitled action, find the defendant, Robert Francis Krebs, GUILTY or NOT GUILTY of Bank Robbery, a lesser included charge of the charge in the Indictment.

3/4/20
DATE

SIGNATURE REDACTED
FOREPERSON