JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar# 35721
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorney for Defendant*
Leo_Costales@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | CR18-0263-TUC-JGZ (JR) |
| Plaintiff, | |
| v. | **MOTION TO EXTEND DEADLINE TO OBJECT TO PSR** |
| Robert Francis Krebs, | **(Unopposed)** |
| Defendant. | |

Robert Francis Krebs, through undersigned counsel, respectfully moves the Court to extend his deadline to object to the Pre-Sentence Report (PSR) by period of two weeks, from February 19, 2021, to March 5, 2021.[1] This extension is necessary because Mr. Krebs has requested undersigned counsel to withdraw as counsel and has asked for substitution of counsel. If that motion is granted, new counsel will likely require additional time to review the PSR and the case.

AUSA Raquel Arellano was contacted regarding this motion and noted no objection.

---

[1] Two draft PSRs were disclosed in the case, on February 4, 2021, and February 5, 2021. Counsel takes the position that the latter is the reference point for the deadline as it was a correction of the former by the U.S. Probation Office.

**RESPECTFULLY SUBMITTED:** February 17, 2021.

JON M. SANDS
Federal Public Defender

*/s/ J. Leonardo Costales*
**J. LEONARDO COSTALES**
Assistant Federal Public Defender