1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Robert Francis Krebs,

Defendant.

No. CR-18-00263-001-TUC-JGZ (JR)

**ORDER**

On August 17, 2021, defendant was sentenced in this case. (Doc. 211). As part of that sentence, defendant was ordered to pay restitution, which is mandatory under the Mandatory Victim Restitution Act. 18 U.S.C. § 3663A(c)(1). Total criminal monetary penalties in this case are $8,485, which includes a $100 special assessment and $8,385 in restitution. The victim was identified in the judgment as CUNA Mutual Group, CUMIS Insurance Society, Inc. (CUNA Mutual Group), the insurance company that paid losses to Pyramid Federal Credit Union (Pyramid), the credit union that was robbed. As identified in the Presentence Report, Pyramid paid a deductible of $5,000 to CUNA Mutual Group prior to CUNA Mutual Group paying Pyramid for the remaining loss amount of $3,385. (Presentence Report, ¶ 16).

During this investigation, the FBI retrieved $6,750.36 from defendant. Of that money, one $50 bill, identified as FBI evidence number 1B38, was a "bait bill", which through the government, Pyramid has requested be returned in its original form.

Pursuant to 18 U.S.C. § 3664(f)(3)(A) and 18 U.S.C. § 3771(a)(6), this Court will

1  direct that the money retrieved from the defendant by the FBI be paid to the restitution
2  defendant owes in this case.

3      IT IS ORDERED the $6,750.36 currently in the custody of the FBI shall be paid to
4  the restitution defendant owes in this case.

5      IT IS FURTHER ORDERED the FBI will coordinate with the United States
6  Attorney's Office – Financial Litigation Program (USAO-FLP) to turn over the original
7  $50 bill, identified as FBI evidence number 1B38, to Pyramid. The USAO-FLP will
8  coordinate with Pyramid and the Clerk of Court to ensure the $50 is credited as a payment
9  toward restitution owed to CUNA Mutual Group, as the named victim in this case.

10     IT IS FURTHER ORDERED the FBI will liquidate the remaining monies in its
11 custody related to this case and provide those monies in a cashier's check to the Clerk of
12 the Court. Payment shall be made to the Clerk of the U.S. District Court, Attention:
13 Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118.

14     IT IS FURTHER ORDERED the Clerk of Court, after receiving the monies from
15 the FBI, shall disburse those monies in the priority established under 18 U.S.C. § 3612(c),
16 which is as follows:

17          1. A total of $100 to the special assessment.
18          2. A total of $4,950 to Pyramid pursuant to 18 U.S.C. § 3664(j)(1).
19             Payment should be made to Pyramid Federal Credit Union, P.O. Box
20             12100, Tucson, Arizona 85732-2100. The Clerk shall credit this amount
21             to the restitution owed to CUNA Mutual Group, as the named victim in
22             this case.
23 //

24

25 //

26

27 //

28

- 2 -

3. A total of any remaining monies, approximately $1,650.36, to CUNA

Mutual Group at CUNA Mutual Group, CUMIS Insurance Society, Inc.,

Claim B1082442, P.O. Box 1221, Madison, Wisconsin 53701-1221.

Dated this 9th day of September, 2021.

Honorable Jennifer G. Zipps
United States District Judge

cc:     Finance